# Motion For Court Appointed Attorney

To Whom It May Concern,

      I am requesting to be provided with a court appointed civil attorney for my civil lawsuit. I am requesting a court appointed attorney because I have no income and I have no money to pay for an attorney. I am unemployed with a disability and I have not worked for 2 years. I have a pending social security disability claim that confirms my inability to work so I will not be able to secure any money for an attorney. Assuming that there is no civil attorney you can provide me that will work on a contingency basis, will you please provide me with a court appointed attorney. Thank you for your time and cooperation in this matter.

Thank you,

*Lee Carter*

Lee Carter