UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEE CARTER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-10-1496 |
| § | |
| THE ORCHARD, § | |
| § | |
| Defendant. § | |

## **NOTICE OF REFERRAL**

Plaintiff's Letter Motion For Appointment of Counsel (Doc. 2) is REFERRED to Magistrate Judge Frances Stacy for resolution.

David Bradley, Clerk of Court

/s/
_____
By Helen Tippen, Case Manager to
U. S. District Judge Melinda Harmon

Date: July 26, 2010