**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Lee Carter

v.                                          Case No.: 4:10−cv−01496
                                            Judge Melinda Harmon

The Orchard
                    Defendant

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/3/10

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    August 5, 2010

                                            David Bradley, Clerk