UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Lee Carter

v.

The Orchard

Defendant

Case No.: 4:10–cv–01496
Judge Melinda Harmon

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Melinda Harmon

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/6/11

**TIME:** 1:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 3, 2010

David Bradley, Clerk