USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
UNITED STATES MARSHAL

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

10 NOV -4 PM 4: 16

SOUTHERN DIST. S/TX

| PLAINTIFF Lee Carter | COURT CASE NUMBER CA-H-10-1496  4:10-CV-01496 |
|---|---|
| DEFENDANT The Orchard | TYPE OF PROCESS Summons |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Ochard
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
23 E 4th St 3rd Floor New York, NY 10003 ( 212-201-9280 phone)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                 Fold

United States Courts
Southern District of Texas
FILED
NOV 3 0 2010
David J. Bradley, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 713-250-5565 | DATE 11/3/10 |
|---|---|---|
| BWhite per Order of Judge Stacy | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk Pat Lopez | Date 11/4/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date 11/12/10  Time 5:13 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy  Pat Lopez |

| Service Fee 8.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 11/8/10 - Service via Certified Mail 7008 0150 0003 3157 1458
11/12/10 - Served via Certified Mail; signed for by L. Horne.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT | PRIOR EDITIONS MAY BE USED |
|---|---|---|
| | 2. USMS RECORD | |
| | 3. NOTICE OF SERVICE | |
| | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. | Form USM-285 |
| | 5. ACKNOWLEDGMENT OF RECEIPT | Rev. 12/80 |

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

10 NOV -4  PM 4: 17

SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| Lee Carter | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No..  CA-H-10-1496 |
| The Orchard | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  The Orchard 23 E 4th St 3rd Floor New York, NY 1003  _10063_  ( 212-201-9280 phone)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____11/03/2010_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CA-H-10-1496

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _The Orchard_

was received by me on *(date)*  _11/4/10_  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  _Served via Certified Mail 7008 0150 0003 3157 1459,_
_signed for by L. Horne on November 12, 2010._

My fees are $ _____ for travel and $ _8.00_ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date:  _11/12/10_ 

_____
*Server's signature*

**Pat Lopez, Civil Process Desk**
*Printed name and title*

**U.S. Marshals Service, S/TX**
**515 Rusk Ave, Ste 10002**
**Houston, TX 77002**
*Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 4:10 - CV-0)496

THE ORCHARD
23 E. 4TH STREET, 3RD FL.
NEW YORK, NY 10003

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
L. HORNE

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*    7008 0150 0003 3157 1458

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540