# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

The Orchard
c/o Alexis Shapiro
133 Fifth Avenue
7th Floor
New York  NY US  10003

United States District Court
Southern District of Texas
FILED

APR 0 4 2011

David J. Bradley, Clerk of Court

Case: 4:10-cv-01496   Instrument: 11   (1 pages)   pty
Date: Mar 28, 2011
Control: 110315999
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

77208@1010

NIXIE    100  DC 1           00 04/01/11
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD
BC: 77208101010    *0833-11958-29-38

APR 04 2011

David J. Bradley, Clerk of Court

Hasler
Mailed From 77002
03/29/2011
$00.44⁰
POSTAGE

Clerk, U.S. District Court
Southern District of Texas
FILED